| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 3:00-cr-30-J-20HTS |
|---|---|---|
| | RECEIVED 2005 JUN 30 A 8:44 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA. | DOCKET NUMBER (Rec. Court) Cr Misc. No. 911 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Cedrick L. Bailey c/o U.S. Probation Office Middle District of Alabama P.O. Box 39 Montgomery, AL 36101-0039 | DISTRICT Middle District of Florida | DIVISION Jacksonville |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Harvey E. Schlesinger | |
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 13, 2005 | TO June 12, 2010 |

| OFFENSE |
|---|
| Possession with intent to distribute cocaine |

CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE, FLORIDA  2005 SEP -1 P 3:26  FILED

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Middle - Alabama__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-7-05
Date

~~Chief~~ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/15/05
Effective Date

United States District Judge