| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:00-cr-30-J-20HTS |
| | RECEIVED | DOCKET NUMBER (Rec. Court) |
| | 2005 JUN 30 A 8:44 | Cv Misc. No. 911 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>DEBRA P. HACKETT, CLK<br>Cedrick L. Bailey U.S. DISTRICT COURT<br>c/o U.S. Probation Office DISTRICT ALA.<br>Middle District of Alabama<br>P.O. Box 39 Montgomery, AL 36101-0039 | DISTRICT<br>Middle District of Florida | DIVISION<br>Jacksonville |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Harvey E. Schlesinger | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>June 13, 2005 | TO<br>June 12, 2010 |

OFFENSE

Possession with intent to distribute cocaine

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
2005 SEP -1 P 3:26
FILED

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __Middle - Alabama__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-7-05
Date

~~Chief~~ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/15/05
Effective Date

United States District Judge