FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

00 JAN 27 PM 1:06

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:00-cr-30-J-20A |
| v. | |
| ANTONIO PERNELL WHITE | Ct. 1: 21 U.S.C. § 846 |
| CEDRICK LAJUN BAILEY | Ct. 2: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about January 20, 2000, through January 25, 2000, at Jacksonville, in the Middle District of Florida, and elsewhere,

ANTONIO PERNELL WHITE
CEDRICK LAJUN BAILEY

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the grand jury, to possess with intent to distribute cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 25, 2000, at Jacksonville, in the Middle District of Florida,

**ANTONIO PERNELL WHITE**
**CEDRICK LAJUN BAILEY**

the defendants herein, did knowingly, willfully and intentionally possess with intent to distribute and cause to be possessed with intent to distribute cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

DONNA A. BUCELLA
United States Attorney

_____
A. WM. MACKIE
Assistant United States Attorney

_____
JAMES R. KLINDT, Deputy Managing
Assistant United States Attorney

2

FORM DBD 34
JUN 85

No.

# UNITED STATES DISTRICT COURT
*Middle District of Florida*
*JACKSONVILLE Division*

THE UNITED STATES OF AMERICA

vs.

ANTONIO PERNELL WHITE
CEDRICK LAJUAN BAILEY

## INDICTMENT

Title 21, U.S.C. 846
Title 21, U.S.C. 841(a)(1) and
Title 18, U.S.C. 2

A true bill,

_____
Foreperson

Filed in open court this 27th day,

of January A.D. 2000.

_____
Clerk

Bail, $