CLOSED, HTS, PRIOR, SL DOC

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:00-cr-00030-HES-2
## Internal Use Only

Case title: USA v. White
Magistrate judge case number: 3:00-mj-00027

Date Filed: 01/27/2000

Assigned to: Judge Harvey E. Schlesinger

### Defendant

**Cedrick Lajun Bailey** (2)
*TERMINATED: 09/27/2000*
*also known as*
Cedrick Bailey

represented by **Lisa Ann Call**
Federal Public Defender's Office
Sun Bank Bldg., Suite 1240
200 W. Forsyth St.
Jacksonville, FL 32202-4326
904/232-3039
Fax: 904/232-1937
Email: Lisa_Call@fd.org
*TERMINATED: 07/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Ronald W. Maxwell**
Law Office of Ronald W. Maxwell, P.A.
1812 University Blvd. S.
Jacksonville, FL 32216-8931
904/398-7672
Fax: 904/398-7718
Email: m4800@netzero.net
*TERMINATED: 09/27/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts
21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS
(1)

### Disposition
Imprisonment: 78 months; supervised release: 60 months; special assessment: $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
(2)

### Disposition

Dismissed on government's motion

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

---

### Plaintiff

**United States of America**     represented by     **A. William Mackie**
U.S. Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
904/301-6300
Fax: 904/301-6280
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/1999 | 27 | CONSENT regarding entry of a plea of guilty by Cedrick Lajun Bailey (filed in open court) (mfk) (Entered: 03/28/2000) |
| 01/25/2000 | 1 | COMPLAINT as to Cedrick Bailey before Magistrate Judge Howard T. Snyder [ 3:00-m -27 ] (web) (Entered: 01/26/2000) |
| 01/25/2000 | 2 | INITIAL APPEARANCE held on January 25, 2000 before Magistrate Judge Howard T. Snyder as to Cedrick Bailey Tape 00-18 Defendant(s) informed of rights. [ 3:00-m -27 ] (web) (Entered: 01/26/2000) |
| 01/25/2000 |   | **Added Government attorney A. William Mackie [ 3:00-m -27 ] (web) (Entered: 01/26/2000) |
| 01/25/2000 | 3 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Cedrick Bailey Scheduled for January 28, 2000, at 10:00 a.m. before Magistrate Judge Howard T. Snyder ( Signed by Magistrate Judge Howard T. Snyder ) [ 3:00-m -27 ] (web) (Entered: 01/26/2000) |
| 01/25/2000 | 4 | CJA 20 as to Cedrick Bailey : Appointment of Attorney Lisa Ann Call ( Signed by Magistrate Judge Howard T. Snyder ) [ 3:00-m -27 ] (web) |

| | | |
|---|---|---|
| | | (Entered: 01/26/2000) |
| 01/25/2000 | 5 | NOTICE of preliminary hearing scheduled for February 3, 2000, at 3:00 p.m. before Judge Snyder. (Signed by deputy clerk) [ 3:00-m -27 ] (web) (Entered: 01/26/2000) |
| 01/27/2000 | 6 | INDICTMENT as to Antonio White (1) count(s) 1, 2, Cedrick Bailey (2) count(s) 1, 2 (ls) (Entered: 01/28/2000) |
| 01/28/2000 | 7 | ARRAIGNMENT held on 1/28/00 as to Antonio Pernell White, Cedrick Lajun Bailey . Defendant(s) pled not guilty before Magistrate Judge Howard T. Snyder Tape 00-21 (ls) (Entered: 01/31/2000) |
| 01/28/2000 | 9 | NOTICE of acceptance of general discovery by Cedrick Lajun Bailey as to Cedrick Lajun Bailey filed in open court (ls) (Entered: 01/31/2000) |
| 02/01/2000 | 11 | ORDER Setting Conditions of Release as to Cedrick Lajun Bailey Bond set to $50,000.00 Secured with $5,000.00 deposit into the registry of the Court ( Signed by Magistrate Judge Howard T. Snyder ) (MODIFIED per Order #20) (ls) Modified on 02/24/2000 (Entered: 02/01/2000) |
| 02/01/2000 | | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: Howard T. Snyder (ls) (Entered: 02/01/2000) |
| 02/01/2000 | 12 | SCHEDULING ORDER as to Antonio Pernell White, Cedrick Lajun Bailey setting Discovery cutoff 2/2/00 ; any suppression, dismissal and/or severance Motions Filing deadline on 2/18/00; the government shall orally reply to any motions filed at the evidentiary/Suppression Hearing and/or oral argument for 9:15 2/25/00 ; Scheduled for Magistrate Judge Howard T. Snyder (signed by deputy clerk) (ls) (Entered: 02/01/2000) |
| 02/01/2000 | 13 | NEW STANDING ORDER as to Antonio Pernell White, Cedrick Lajun Bailey setting Suppression Hearing for 9:15 2/25/00; Scheduled for Magistrate Judge Howard T. Snyder Signed by deputy clerk. (ls) (Entered: 02/01/2000) |
| 02/01/2000 | 13 | STANDING ORDER as to Antonio Pernell White, Cedrick Lajun Bailey setting Status Conference for 9:30 3/27/00; Jury Trial for 9:00 4/3/00; Scheduled for Judge Harvey E. Schlesinger Signed by deputy clerk. (ls) (Entered: 02/01/2000) |
| 02/17/2000 | 18 | MOTION with memorandum in support by Cedrick Lajun Bailey to Modify Conditions of Release Referred to Magistrate Judge Howard T. Snyder (jkl) (Entered: 02/17/2000) |
| 02/22/2000 | 19 | MOTION HEARING held on 2/22/00 before Magistrate Judge Howard T. Snyder as to Cedrick Lajun Bailey re: [18-1] motion to Modify Conditions of Release Tape: 00-32, 00-34 (ls) (Entered: 02/24/2000) |
| 02/24/2000 | 20 | ORDER as to Cedrick Lajun Bailey granting [18-1] motion to Modify Conditions of Release; bond reduced to $50,000.00 unsecured; defendant shall reside with his father; the Nebbia and telephone installation requirements are lifted ( Signed by Magistrate Judge Howard T. Snyder ) (ls) (Entered: 02/24/2000) |

| 02/24/2000 | 21 | APPEARANCE BOND ( non-surety) for Cedrick Lajun Bailey in Amount $ 50,000.00 ( Signed by Magistrate Judge Howard T. Snyder ) (ls) (Entered: 02/24/2000) |
|---|---|---|
| 03/22/2000 | 22 | UNOPPOSED MOTION by Cedrick Lajun Bailey to extend plea deadline (unopposed) Referred to Magistrate Judge Howard T. Snyder (slc) (Entered: 03/22/2000) |
| 03/27/2000 | 23 | ORDER granting [22-1] motion to extend plea deadline as to Cedrick Lajun Bailey (2), resetting plea agreement deadline to 5:00 p.m., 3/27/00 ( Signed by Judge Harvey E. Schlesinger ) ctc (mfk) (Entered: 03/27/2000) |
| 03/27/2000 | 24 | STATUS CONFERENCE held on 03/27/00 before Judge Harvey E. Schlesinger as to Antonio Pernell White, Cedrick Lajun Bailey Court Reporter: Evelyn Alderman (mfk) (Entered: 03/28/2000) |
| 03/27/2000 | 25 | CHANGE OF PLEA HEARING held before Magistrate Judge Howard T. Snyder, guilty plea proffered as to Cedrick Lajun Bailey (2) count(s) 1 Court Reporter: Allison Paulene (mfk) (Entered: 03/28/2000) |
| 03/27/2000 | 26 | PLEA AGREEMENT as to Cedrick Lajun Bailey (filed in open court) (mfk) (Entered: 03/28/2000) |
| 03/27/2000 | 28 | REPORT AND RECOMMENDATION concerning plea of guilty as to Cedrick Lajun Bailey Objections due by 4/13/00 for Cedrick Lajun Bailey ( Signed by Magistrate Judge Howard T. Snyder ) ctc (filed in open court) (mfk) (Entered: 03/28/2000) |
| 05/09/2000 | 44 | ACCEPTANCE OF PLEA of guilty and ajudication of guilt as to Cedrick Lajun Bailey re: count(s) 1 Sentencing set for 3:00 7/20/00 for Cedrick Lajun Bailey Scheduled for Judge Harvey E. Schlesinger ( Signed by Judge Harvey E. Schlesinger ) ctc (ls) (Entered: 05/09/2000) |
| 06/26/2000 | 48 | NOTICE OF HEARING:, resetting sentencing for 3:00 9/26/00 for Cedrick Lajun Bailey scheduled for Judge Harvey E. Schlesinger ( Signed by Deputy Clerk ) ctc (ls) (Entered: 06/26/2000) |
| 06/27/2000 | 50 | MOTION by Cedrick Lajun Bailey for Lisa Call to withdraw as court-appointed attorney , and for appointment of new counsel Referred to Magistrate Judge Howard T. Snyder (ls) (Entered: 06/27/2000) |
| 07/05/2000 | 51 | ORDER as to Cedrick Lajun Bailey, Motion hearing, set for 3:30 7/7/00 as to: Cedrick Bailey, re: (50-1), (50-2) motion to withdraw as counsel and appointment of new counsel. Scheduled for Magistrate Judge Howard T. Snyder ( Signed by Magistrate Judge Howard T. Snyder ) ctc (mk) (Entered: 07/06/2000) |
| 07/07/2000 | 52 | MOTION HEARING held on 7/7/00 before Magistrate Judge Howard T. Snyder as to Cedrick Lajun Bailey re: [50-1] motion for Lisa Call to withdraw as court-appointed attorney, [50-2] motion for appointment of new counsel Tape: 00-121 (ls) (Entered: 07/10/2000) |
| 07/07/2000 | 53 | NOTICE OF HEARING:, Motion hearing, set for 2:15 7/14/00 as to: |

| | | |
|---|---|---|
| | | Cedrick Bailey, re: (50-1) motion to withdraw as court-appointed counsel, and (50-2) motion for appointment of new counsel. Scheduled for Magistrate Judge Howard T. Snyder ( Signed by Deputy Clerk ) ctc (ls) (Entered: 07/10/2000) |
| 07/13/2000 | 54 | NOTICE of filing consent of defendant re: substitution of counsel by Cedrick Lajun Bailey (ls) (Entered: 07/14/2000) |
| 07/14/2000 | 55 | ORDER granting [50-1] motion for Lisa Call to withdraw as court-appointed attorney (Terminated attorney Lisa Ann Call for Cedrick Lajun Bailey), granting [50-2] motion for appointment of new counsel as to Cedrick Lajun Bailey (2), for appointment of counsel ( Signed by Magistrate Judge Howard T. Snyder ) ctc (ls) (Entered: 07/18/2000) |
| 07/14/2000 | 56 | CJA 20 appointing Ronald W. Maxwell as to Cedrick Lajun Bailey ( Signed by Magistrate Judge Howard T. Snyder ) (ls) (Entered: 07/18/2000) |
| 09/06/2000 | 57 | EX PARTE APPLICATION with memorandum in support by Cedrick Lajun Bailey for payment of fees out of time limits (ls) (Entered: 09/08/2000) |
| 09/13/2000 | 58 | ORDER granting [57-1] ex parte application for payment of fees out of time limits as to Cedrick Lajun Bailey; counsel shall have 5 business days from receipt of this Order to submit a payment voucher ( Signed by Judge Harvey E. Schlesinger ) ctc (ls) (Entered: 09/14/2000) |
| 09/25/2000 | 60 | MOTION by USA to recognize defendant's substantial assistance pursuant to Rule 5k1.1 as to Cedrick Lajun Bailey (ls) (Entered: 09/25/2000) |
| 09/26/2000 | 63 | SENTENCING held on 9/26/00 before Judge Harvey E. Schlesinger, as to Cedrick Lajun Bailey (2) count(s) 1. Imprisonment: 78 months; supervised release: 60 months; special assessment: $100.00 , the defendant is remanded to the USM's custody, Count(s) disposed: Cedrick Lajun Bailey (2) count(s) 2. Dismissed on government's motion Court Reporter: Evelyn Alderman (ls) (Entered: 09/27/2000) |
| 09/26/2000 | | ORAL ORDER granting [60-1] motion to recognize defendant's substantial assistance pursuant to Rule 5k1.1 as to Cedrick Lajun Bailey (2) ( Entered by Judge Harvey E. Schlesinger ) (ls) (Entered: 09/27/2000) |
| 09/27/2000 | 66 | JUDGMENT as to Cedrick Lajun Bailey ( Signed by Judge Harvey E. Schlesinger ) ctc (ls) (Entered: 09/27/2000) |
| 09/27/2000 | | PRESENTENCE INVESTIGATION REPORT as to Cedrick Lajun Bailey returned to probation. (ls) (Entered: 09/27/2000) |
| 10/23/2000 | 67 | CJA 20 voucher # FLM300-117 authorizing payment of $ 882.85 to Lisa Ann Call for defendant Cedrick Lajun Bailey ( Signed by Judge Harvey E. Schlesinger ) (ls) (Entered: 10/24/2000) |
| 10/24/2000 | | CASE CLOSED as to Antonio Pernell White, Cedrick Lajun Bailey (all defendants). (ls) (Entered: 10/25/2000) |

| | | |
|---|---|---|
| 11/07/2000 | 71 | RETURN of judgment executed as to Cedrick Lajun Bailey on 10/26/00 at FCI Edgefield, SC (ls) (Entered: 11/08/2000) |
| 11/20/2000 | | NOTICE assigning 11th Circuit case number re: [70-1] appeal USCA case #: 00-16007-I (lrb) (Entered: 11/29/2000) |
| 12/08/2000 | 78 | NOTIFICATION that transcript has been filed by court reporter Evelyn Alderman re: [70-1] appeal . Certificate of readiness due 12/22/00; USCA # 00-16007-I (lrb) (Entered: 12/11/2000) |
| 01/02/2001 | 79 | CJA 20 voucher # FLM 300-157 authorizing payment of $572.45 to Ronald W. Maxwell for defendant Cedrick Lajun Bailey ( Signed by Judge Harvey E. Schlesinger ) (slc) (Entered: 01/02/2001) |
| 03/27/2001 | | RECORD ON APPEAL sent to USCA re: [70-1] appeal Transmittal includes: (ROA consists of: PSI, Volume pleadings: 1; Volume transcripts: 4; Volume exhibits: 1 folder;) USCA# 00-16007-II (seg) (Entered: 03/27/2001) |
| 04/16/2001 | 82 | MOTION by Cedrick Lajun Bailey to vacate under 28 U.S.C. 2255 ( related case # 3:01-cv-410-J-20HTS) (provided copy to U.S. Atttorney's Office) (ls) (Entered: 04/16/2001) |
| 04/16/2001 | 83 | MEMORANDUM by Cedrick Lajun Bailey in support of [82-1] motion to vacate under 28 U.S.C. 2255 (ls) (Entered: 04/16/2001) |
| 04/19/2001 | 84 | ORDER as to Cedrick Lajun Bailey, r response to motion set to 4/30/01 for USA for [82-1] motion to vacate under 28 U.S.C. 2255 ( Signed by Judge Harvey E. Schlesinger ) ctc (ls) (Entered: 04/19/2001) |
| 04/30/2001 | 85 | MOTION by USA for additional time to respond to defendant's pro se motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. section 2255 as to Cedrick Lajun Bailey (ls) (Entered: 04/30/2001) |
| 05/01/2001 | 86 | ORDER as to Cedrick Lajun Bailey granting [85-1] motion for additional time to respond to defendant's pro se motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. section 2255, response to motion set to 4:00 5/7/01 for USA for [82-1] motion to vacate under 28 U.S.C. 2255 ( Signed by Judge E. Schlesinger ) ctc (ls) (Entered: 05/01/2001) |
| 05/08/2001 | 87 | RESPONSE by USA as to Cedrick Lajun Bailey in opposition to [82-1] motion to vacate under 28 U.S.C. 2255 (ls) (Entered: 05/08/2001) |
| 05/15/2001 | 88 | ORDER as to Cedrick Lajun Bailey denying [82-1] motion to vacate under 28 U.S.C. 2255 ( related case # 3:01-cv-410-J-20HTS) ( Signed by Judge Harvey E. Schlesinger ) ctc (def) (Entered: 05/16/2001) |
| 05/17/2001 | 89 | ORDER as to Cedrick Lajun Bailey that the clerk shall enter judgment in case 3:01-cv-410-J-20HTS in favor of the United States and close the file ( Signed by Judge Harvey E. Schlesinger ) ctc (jkl) (Entered: 05/17/2001) |
| 05/17/2001 | 90 | CERTIFIED COPY of judgment entered in civil case 3:01-cv-410-J-20HTS as to Cedrick Lajun Bailey (jkl) (Entered: 05/17/2001) |
| 05/23/2001 | | **CLEARED appeal flag - no further appeals pending (seg) (Entered: |

|  |  | 05/23/2001) |
|---|---|---|
| 08/17/2001 | 92 | WRIT of error coram nobis / MOTION by Cedrick Lajun Bailey for modification of imposed term of imprisonment pursuant to Federal Rule 60(b)(4) and 18 USC section 3582(c) and 18 USC section 3553(e) (def) (Entered: 08/17/2001) |
| 08/23/2001 | 93 | ORDER denying [92-1] motion for modification of imposed term of imprisonment pursuant to Federal Rule 60(b)(4) and 18 USC section 3582(c) and 18 USC section 3553(e) as to Cedrick Lajun Bailey (2) ( Signed by Judge Harvey E. Schlesinger ) ctc (def) (Entered: 08/23/2001) |
| 02/07/2002 | 94 | MEMORANDUM by Cedrick Lajun Bailey in support of [92-1] motion for modification of imposed term of imprisonment pursuant to Federal Rule 60(b)(4) and 18 USC section 3582(c) and 18 USC section 3553(e) (mfk) (Entered: 02/07/2002) |
| 05/08/2002 | 95 | MOTION with memorandum in support by Cedrick Lajun Bailey to amend pleadings pursuant to Rule 15A and new Supreme Court ruling in U.S. v. Drayton (lrb) (Entered: 05/08/2002) |
| 07/08/2002 | 96 | ORDER as to Cedrick Lajun Bailey (2): denying [94-1] pleading entitled "timeliness of Rule 60(b)(4)(6) cause and prejudice analysis statement of case" which the court construes as a motion to vacate, set aside, or correct sentence pursuant to 28 USC 2255; denying [95-1] motion to amend pleadings pursuant to Rule 15A and new Supreme Court ruling in U.S. v. Drayton (Signed by Judge Harvey E. Schlesinger) ctc (slc) (Entered: 07/08/2002) |
| 09/12/2005 | 97 | ORDER of transfer (Rule 21) to Middle District of Alabama as to Cedrick Lajun BaileySigned by Judge Harvey E. Schlesinger on 9/7/2005. (JMAP) (Entered: 09/12/2005) |
| 09/16/2005 |  | COPIES mailed to Middle district of Alabama as to Cedrick Lajun Bailey re 97 Rule 21 - transfer out (certified docket sheet sent to Middle district of Alabama) (JMAP) (Entered: 09/16/2005) |