IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
    v.                          )   CR. NO. 2:05cr230-WHA
                                    )
CEDRICK LAJUN BAILEY       )

## ORDER

It is hereby

ORDERED that the Federal Public Defender is appointed to represent the defendant

in the above-referenced case.  The Federal Defender shall file a written notice of appearance

with this court.

DONE, this 29th day of February, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE