# United States District Court
## for
## Middle District of Alabama

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Cedrick Lajun Bailey                    Case Number: 2:05cr230-WHA

Name of Sentencing Judicial Officer: The Honorable Harvey E. Schlesinger, U. S. District Judge; Middle District of Florida

Date of Original Sentence: September 26, 2000

Original Offense: Possession with Intent to Distribute Cocaine

Original Sentence: 78 months followed by a five (5) year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: September 2, 2005

Date Jurisdiction Transferred: July 15, 2005

Name of Assigned Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Assistant U.S. Attorney: Unknown                              Defense Attorney: Unknown

## PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

**Viol. #1 - Mandatory Condition: "While on supervised release, the defendant shall not commit another federal, state, or local crime..."**   On February 22, 2008, Cedrick Lajun Bailey, was arrested by the Chambers County, Alabama Sheriff's Office and charged with Unlawful Possession of a Controlled Substance (Cocaine).

**Viol. #2–Standard Condition 7: "The defendant...shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances..."**   On February 22, 2008, Cedrick Lajun Bailey was found to be in possession of cocaine by the Chambers County, Alabama Sheriff's Office.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
     [X]   revoked.
     [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as followed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 29, 2008

/s/ James Chappell
James Chappell
United States Probation Officer

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

2/29/08
Date