IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr230-WHA |
| | ) | |
| CEDRICK LAJUN BAILEY | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 4th day of March, 2008.

                                                      LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/Nathan D. Stump
                                                   NATHAN D. STUMP
                                                   Assistant United States Attorney
                                                   131 Clayton Street
                                                   Montgomery, AL 36104
                                                   Phone: (334) 223-7280
                                                   Fax: (334) 223-7135
                                                   E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr230-WHA |
| | ) | |
| CEDRICK LAJUN BAILEY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Federal Defenders.

    Respectfully submitted,

    /s/Nathan D. Stump
    NATHAN D. STUMP
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: nathan.stump@usdoj.gov